

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00225-CV

**IN THE INTEREST OF A.F.V.**, a Child

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-00142
Honorable Richard Garcia, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Because appellant is indigent, we ORDER that no costs of this appeal are assessed against him.

SIGNED August 2, 2017.


_____
Luz Elena D. Chapa, Justice